UST-32, 3-03

Lothar Goernitz
P. O. Box 32961
Phoenix, AZ  85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
|  | ) |  |
| BUSTAMANTE, JOSEPH DANIEL | ) | CASE NO. 14-02136-PHX-GBN |
| BUSTAMANTE, AMBER ANN | ) |  |
|  | ) |  |
|  | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
|  | ) | U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1007 | 10/14/15 | Scott's Concrete Cutting, LLC<br>P.O. Box 416<br>Waddell, AZ  85355 | $25.38 |

Date: <u>January 26, 2016</u>              /s/ Lothar Goernitz
                                                              Lothar Goernitz, Trustee